IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK A. ROLOFF, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3178 |
| | ) | |
| V. | ) | MEMORANDUM AND ORDER |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

1) The unopposed motion to continue filed by the plaintiff, (filing no. 26), is granted.

2) The deadlines for disclosure of experts and, unless otherwise agreed, the deadlines for the provision of expert reports are:

        By the plaintiff:      April 30, 2010
        By the defendant:    July 2, 2010
        Rebuttal expert(s):    July 7, 2010

3) In all other respects, the deadlines set forth in the court's final progression order, (filing no. 12), remain in effect.

DATED this 26th day of March, 2010.

                      BY THE COURT:

                      s/ *Cheryl R. Zwart*
                      United States Magistrate Judge