IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK A. ROLOFF, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3178 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Court and grants the withdrawal of Jarrett Johnson of the law firm of Hubbell, Peak, O'Neall, Napier & Leach (Filing No. 31), as counsel for Plaintiff, Mark A. Roloff.

DATED this 24th day of May, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge