IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK A. ROLOFF, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3178 |
| | ) | |
| v. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel have filed a Stipulation for Dismissal with Prejudice and Judgment, filing 99, which says, "matters in controversy herein have been compromised, settled and full accord and satisfaction made, . . ." and they stipulate and agreed "that the within action may be forthwith ordered dismissed with prejudice and judgment entered herein, each party to pay his or its own costs."

IT THEREFORE IS ORDERED that:

1. the Stipulation for Dismissal with Prejudice and Judgment, filing 99, is adopted; and

2. this action is dismissed with prejudice with each party to pay his or its own costs.

Dated December 6, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge